| | |
|---|---|
| 1 | SUSAN HEANEY HILDEN, ESQ., Bar # 5358 |
|   | LITTLER MENDELSON, P.C. |
| 2 | 50 West Liberty Street |
|   | Suite 400 |
| 3 | Reno, NV  89501.1944 |
|   | Telephone:   775.348.4888 |
| 4 | Fax No.:     775.786.0127 |
| 5 | Attorneys for Defendant |
|   | HARRAH'S LAUGHLIN, LLC |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NADINE MONTOYA, | |
| Plaintiff, | Case No. 2:13-CV-01803-JAD-CWH |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| CAESARS ENTERTAINMENT, CORP., dba HARRAH'S LAUGHLIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff Nadine Montoya, and Defendant Harrah's Laughlin, LLC, ("Defendant") by and through their designated counsel of record, that this case and each and every cause of action be dismissed in its entirety against

///
///
///
///
///
///
///
///

LITTLER MENDELSON, P.C.
Attorneys At Law
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

Firmwide:126281846.1 013234.2449

Defendant, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated:  April 7, 2014                                          April 7, 2014


_____/s/_____                    _____/s/_____
RICHARD SEGERBLOM                                    SUSAN HILDEN ESQ.
                                                     LITTLER MENDELSON
Attorney for Plaintiff
                                                     Attorneys for Defendant


### ORDER

**IT IS SO ORDERED** this 7th day of April, 2014.


_____
United States District Judge

2.

Firmwide:126281846.1 013234.2449